**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                  Case No. 3:05-cv-759-J-32HTS

R.J. PATRICK HOGAN, M.D., P.A.,

        Defendant.

_____

**ORDER**[1]

This case is before the Court on Motion by the United States for Entry of Default Judgment (Doc. 8). The government filed its complaint on August 10, 2005 seeking to recover $68,307.28, plus interest, in allegedly unpaid income tax assessments, penalties and statutory additions owed by Robert J. Hogan, which the United States had sought to levy from Hogan's employer, defendant R.J. Patrick Hogan, M.D., P.A. See Doc. 1. Defendant appears to have been properly and timely served with the complaint and summons. See Doc. 4. Upon motion of the government, the Clerk entered a default as to defendant on November 9, 2005. See Doc. 6. On May 24, 2006, the government filed the present motion for entry of default judgment (Doc. 8).[2] The motion shows that the government served

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

[2] The government's motion was filed after the Court entered an Order to Show Cause for failure to prosecute on May 4, 2006. See Doc. 7. The government responded to the Order at the same time it moved for final default. See Doc. 9. Upon consideration of the representations in the government's response (Doc. 9), the Court's Order to Show Cause (Doc. 7) is **discharged**.

defendant with the motion but defendant has not filed any response and this matter is now ripe for decision.

The materials filed in support of the government's motion explain that Hogan's underlying tax assessment for the period ending December 31, 2000 was $57,140.74, which sum the government demanded from Hogan on November 25, 2002. Statutory additions (including interest) began to accrue on November 25, 2002 which amount, through June 30, 2006 is $18,185.38 for a total tax liability of $75,326.12. See Doc. 8, Exhibit A.

The complaint itself alleges that Hogan's underlying tax liability as of November 25, 2002 was $62,072.00 of which $48,997 represented unpaid income taxes for the year 2000, $9,055 was a delinquency penalty, and $4,020 was a failure to pay penalty, all of which the government demanded from Hogan on November 25, 2002. The complaint further alleges that when the statutory additions (including interest) calculated through July 19, 2004 are added to the underlying liability, the total amount of Hogan's tax liability for 2000 is $68,307.28. See Doc. 1. The government's complaint alleges that it served a notice of levy in this amount on defendant but that defendant failed to make any payment pursuant to the levy. Doc. 1 at ¶8.

On this record, the Court is disinclined to enter judgment in excess of the amount that the government sought through its levy on defendant and the Court therefore finds that entry of judgment by default is due to be entered against defendant in the amount sought through the complaint, $68,307.28, plus interest to accrue at the rate provided by law from the date of entry of judgment.

Accordingly, it is hereby

**ORDERED**:

1.	The Motion by United States for Entry of Default Judgment (Doc. 8) is **GRANTED** to the extent stated herein.

2.	Pursuant to Fed.R.Civ.P. Rule 55(b)(2), the Clerk is directed to enter judgment in favor of the United States of America and against defendant, R.J. Hogan, M.D., P.A., in the amount of **$68,307.28**, plus interest to accrue at the rate provided by law from the date of entry of judgment.

3.	All such other relief sought by plaintiff's complaint is denied without prejudice and the Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of September, 2006.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record

Robert J. Hogan, M.D.
Registered Agent for R.J. Hogan, M.D., P.A.
18644 Lime Street, Suite 6
Fernandina Beach, FL 32034